Colleen A. McCarthy
Attorney at Law
4 Pottersville Road
Gladstone, New Jersey 07934
908/719-0928
Fax: 908/719-0992

Attorney for Defendant
Marisa A. Caravella

## UNITED STATES DISTRIC COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | **ORDER FOR RETURN OF PASSPORT** |
| v. | ) | |
| | ) | |
| | ) | **Criminal No. 09-253 (KSH)** |
| **MARISA A. CARAVELLA** | ) | |

**THIS MATTER** having been opened to the Court upon the application of the defendant, MARISA A. CARAVELLA, by her attorney, Colleen A. McCarthy, Esq., seeking return of her passport, and Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Lisa Rose, Assistant U.S. Attorney, appearing) having posed no objection; and for good cause shown,

IT IS on this 1st day of September, 2009,

ORDERED that the passport surrendered by Marisa A. Caravella to Pretrial Services is hereby ordered returned to her; and it is further

ORDERED that all conditions of Probation previously imposed by the Court shall remain in full force and effect.

   /s/ Katharine S. Hayden
**KATHARINE S. HAYDEN**
**United States District Judge**